**Electronically Filed
Supreme Court
SCWC-18-0000743
06-DEC-2022
01:14 PM
Dkt. 3 ODAC**

SCWC-18-0000743

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

LUKELA S. MEYERS,
Petitioner/Plaintiff-Appellant,

vs.

CHRISTINA K. MEYERS,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000743; FC-D NO. 15-1-0251)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Plaintiff-Appellant Lukela S. Meyers'

Application for Writ of Certiorari, filed on October 24, 2022,

is hereby rejected.

DATED: Honolulu, Hawai'i, December 6, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd. W. Eddins



1